JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE B. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation; and THINGS REMEMBERED, INC. LONG-TERM DISABILITY PLAN,<br><br>Defendants. | Case No. CV10-0033 JST (RCx)<br><br>**JUDGMENT** |

This action came on before the Court for a non-jury trial, the Honorable Josephine Staton Tucker, presiding. The issues have been duly tried and the Court having rendered its decision by way of its Findings of Fact and Conclusions of Law, dated November 22, 2010,

1 | IT IS ORDERED AND ADJUDGED:

Following review of all of the arguments and issues raised by the parties in the documents submitted to this Court, the Court finds that Hartford Life and Accident Insurance Company did not abuse its discretion in terminating Plaintiff's benefits under the Things Remembered, Inc. Long-Term Disability Plan.

Judgment is hereby entered on all claims in the Complaint in favor of Defendants and against Plaintiff, Plaintiff shall take nothing, and Defendants shall recover their costs of suit against Plaintiff.

DATED:  December 2, 2010

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE